A96A1123. LAROCQUE v. THE STATE.
(493 SE2d 648)

BLACKBURN, Judge.

In *Larocque v. State,* 224 Ga. App. 92 (479 SE2d 450) (1996), we reversed Larocque's conviction on an evidentiary error and remanded the case for a new trial. The Supreme Court granted certiorari and reversed our decision in *State v. Larocque,* 268 Ga. 352 (489 SE2d 806) (1997). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Andrews, C. J., McMurray, P. J., Birdsong, P. J., Pope, P. J., Beasley, Johnson, Smith, Ruffin and Eldridge, JJ., concur.*

DECIDED OCTOBER 28, 1997.

*Chandler & Britt, Walter M. Britt, Gregory D. Jay,* for appellant.

*Lydia J. Sartain, District Attorney, Lee Darragh, Assistant District Attorney,* for appellee.